UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON, )
) 2:07-cv-02336-GEB-EFB
          Plaintiff, )
)
     v. ) ORDER RE: SETTLEMENT
) AND DISPOSITION
HOST MARRIOTT CORPORATION, d/b/a/ )
Host Airport Hotel; HOST AIRPORT )
HOTEL, )
)
          Defendants )
_____)

      On December 7, 2007, the Plaintiff filed a Notice of Settlement, notifying the Court "that the parties have settled this action."  Therefore, a dispositional document shall be filed no later than December 27, 2007.  Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed.  See L.R. 16-160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

      IT IS SO ORDERED.

Dated:  December 10, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge