UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
SCOTT N. JOHNSON,              )
                               )    2:07-cv-02336-GEB-EFB
          Plaintiff,           )
                               )
     v.                        )    ORDER RE: SETTLEMENT
                               )    AND DISPOSITION
HOST MARRIOTT CORPORATION, d/b/a )
Host Airport Hotel;  HOST AIRPORT )
HOTEL,                         )
                               )
          Defendants           )
_____)
```

On December 11, 2007, the parties were directed to file a dispositional document no later than December 27, 2007, since Plaintiff notified the Court that this action has settled. The parties were warned in the December 11 Order : "Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed."

No dispositional or other document has been filed. Therefore, this action is dismissed without prejudice.

IT IS SO ORDERED.

Dated: January 24, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge